The United States District Court
District of New Jersey

| | |
|---|---|
| CARLA VOLPE,<br><br>Plaintiff,<br><br>vs.<br><br>HALEDON PUBLIC SCHOOL DISTRICT, CHRISTOPHER WACHA, and BETH BARNHILL,<br><br>Defendants. | Civil Action No.:<br>2:21-cv-01949-SDW-LDW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice against the defendant(s) **Haledon Public School District, Christopher Wacha, and Beth Barnhill** pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and without costs against any party.

_____ 5-13-2022
David S. Halsband, Esq.
Halsband Law Offices
Attorney(s) for Plaintiff, **Carla Volpe**

_____ 7-18-2022
Nicholas J. Repici, Esq.
Lenox Law Firm
Attorney(s) for Defendants, **Haledon Public School District, Christopher Wacha, and Beth Barnhill**